Case 4:20-po-05056-JTJ   Document 8   Filed 01/13/23   Page 1 of 3

Page: 1 of 3                                   Central Violations Bureau                                      01/09/2023
                                         Magistrate Judge Case Pending Report
                               Site: GFFA Magistrate Judge: HON JOHN T JOHNSTON - 77BI

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

**Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.**

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| 6027202 M13<br>4:18-PO-05069-JTJ | 05/20/2018 | VAILE, MERELLE L<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: PE<br>New: DM - CLOSED/NO REFUND | 09/14/2018<br>Comments: | O | 530.00 | 280.00 | 25.00 |
| 6564129 M13<br>4:17-PO-05080-JTJ | 07/10/2017 | KELLY, JUAN K<br>TRAFFIC OFFENSES, OTHER | Current: NK<br>New: DM - CLOSED/NO REFUND | 02/01/2018<br>Comments: | M | 0.00 | 0.00 | 0.00 |
| 6564422 M13<br>4:20-PO-05028-JTJ | 09/04/2019 | ROUBIEU, OTIS E<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 08/06/2020<br>Comments: | O | 300.00 | 0.00 | 300.00 |
| 7353042 M13<br>4:20-PO-05025-JTJ | 09/10/2019 | OLSCHINSKI, GABRIEL Q<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 08/06/2020<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| 7353043 M13<br>4:20-PO-05031-JTJ | 09/11/2019 | SHOCKEY, JOSHUA J<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 08/06/2020<br>Comments: | O | 110.00 | 0.00 | 110.00 |
| 7353084 M13<br>4:20-PO-05062-JTJ | 06/28/2020 | HOY, DAVID<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 09/17/2020<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| 7353253 M13<br>4:20-PO-05032-JTJ | 09/20/2019 | STERCHI, IAN R<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 08/06/2020<br>Comments: | O | 100.00 | 0.00 | 100.00 |
| 7353254 M13<br>4:20-PO-05032-JTJ | 09/20/2019 | STERCHI, IAN R<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 08/06/2020<br>Comments: | O | 300.00 | 0.00 | 300.00 |
| 7353258 M13<br>4:20-PO-05033-JTJ | 09/25/2019 | VIVIAN, CHELSEA A<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 08/06/2020<br>Comments: | O | 95.00 | 0.00 | 95.00 |
| 7353263 M13<br>4:20-PO-05018-JTJ | 09/28/2019 | HUTCHINSON, GLENN E<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: DM - CLOSED/NO REFUND | 08/06/2020<br>Comments: | O | 530.00 | 0.00 | 530.00 |

Case 4:20-po-05056-JTJ   Document 8   Filed 01/13/23   Page 2 of 3

Page: 2 of 3                                                Central Violations Bureau                                                 01/09/2023
Magistrate Judge Case Pending Report
Site: GFFA Magistrate Judge: HON JOHN T JOHNSTON - 77BI

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

**Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.**

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| 7353264 M13 4:20-PO-05019-JTJ | 09/29/2019 | INGEMAN, JAKOB D / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: DM - CLOSED/NO REFUND / Comments: | 08/06/2020 | O | 130.00 | 0.00 | 130.00 |
| 7353280 M13 4:20-PO-05014-JTJ | 09/25/2019 | AVERILL, CRYSTAL L / TRAFFIC OFFENSES, OTHER | Current: NW / New: DM - CLOSED/NO REFUND / Comments: | 08/06/2020 | O | 100.00 | 0.00 | 100.00 |
| 7354075 M13 4:20-PO-05017-JTJ | 08/31/2019 | DUNN, KATIE E / TRAFFIC OFFENSES, OTHER | Current: NW / New: DM - CLOSED/NO REFUND / Comments: | 08/06/2020 | O | 130.00 | 0.00 | 130.00 |
| 7354423 M13 4:20-PO-05015-JTJ | 10/04/2019 | BEABER, COLIN J / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: DM - CLOSED/NO REFUND / Comments: | 08/06/2020 | O | 130.00 | 0.00 | 130.00 |
| 9711026 M13 4:20-PO-05069-JTJ | 05/14/2020 | PAULA, BENJAMIN J / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: DM - CLOSED/NO REFUND / Comments: | 09/17/2020 | O | 130.00 | 0.00 | 130.00 |
| 9711329 M13 4:20-PO-05056-JTJ | 07/19/2020 | BERGMAN, SHAWN J / TRAFFIC OFFENSES, OTHER | Current: WZ / New: DM - CLOSED/NO REFUND / Comments: | 09/17/2020 | O | 130.00 | 20.00 | 110.00 |
| 9712102 M13 4:20-PO-05063-JTJ | 07/15/2020 | KOSOLOBOV, NIKITA / MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW / New: DM - CLOSED/NO REFUND / Comments: | 09/17/2020 | O | 130.00 | 0.00 | 130.00 |
| 9712327 M13 4:20-PO-05065-JTJ | 07/18/2020 | MAZZUCCO, ANTHONY M / TRAFFIC OFFENSES, OTHER | Current: NW / New: DM - CLOSED/NO REFUND / Comments: | 09/17/2020 | O | 125.00 | 0.00 | 125.00 |

18 Total Citations for site GFFA

# Central Violations Bureau
## Magistrate Judge Case Pending Report
### Site: GFFA Magistrate Judge: HON JOHN T JOHNSTON - 77BI

Presiding Judge:

*John Johnston*
United States Magistrate Judge

DATE: January 10, 2023

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.